NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3083

LEONCIO F. DANA,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. SF0831090902-I-1.

ON MOTION

ORDER

Upon consideration of the petitioner's motion to withdraw the petition for review and motion to proceed in forma pauperis,

IT IS ORDERED THAT:

(1)    The motion to withdraw the petition is granted. The petition is dismissed.

(2)    The motion for leave to proceed in forma pauperis is moot.

(2)    Each side shall bear its own costs.

FOR THE COURT

APR 1 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Leoncio F. Dana
     Christopher L. Krafchek, Esq.
s21

ISSUED AS A MANDATE:  APR 1 6 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 6 2010

JAN HORBALY
CLERK